IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| TAMMY LJO LONG; CASTLE HOME BUILDERS, INC.; AND WILLIAM KEITH DAVIDSON, | ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION FILE |
| v. | ) ) | NO. 1:10-CV-02551-WSD |
| JP MORGAN CHASE BANK, N.A., BANK OF AMERICA, N.A., BANK OF AMERICA, NATIONAL ASSOC. As successors by merger to LASALLE BANK, N.A., as trustees for WAMU MORTGAGE PASS THROUGH CERTIFICATE SERIES 2006-AR19 TRUST LENDER PROCESSING SERVICES, INC., NEW ORLEANS EMPLOYEES RETIREMENT SYSTEM; MARTA/ATU LOCAL 732 EMPLOYERS RETIREMENT PLAN, WASHINGTON MUTUAL BANK, F.A., FIRST AMERICAN EAPPRAISEIT; FIRST AMERICAN, INC., WAMU ASSET ACCEPTANCE CORP., SHAPIRO & SWERTFEGER, LLP, DOE(S), ROE(S), AND WASHINGTON MUTUAL, INC. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

1

## <u>VOLUNTARY RULE 41 (a) (1) (A) NON-SUIT</u>

Comes now the Plaintiff's by an through their attorney and moves this Court pursuant to Rule 41 for a Voluntary Non-suit as a matter of right, without prejudice to refile this matter.  In support whereof Plaintiffs say as follows:

1. Plaintiffs have never filed a non-suit in this matter.
2. No defendant has answered or filed a Motion for summary Judgment
3. Plaintiffs are entitled as a matter of law to File this Non-suit without permission of the Court.
4. Wherefore, plaintiffs pray for the following relief:
5.
6. Issue an Order reorganizing the Rule 41 (a) (1) (A) Non-suit without prejudice to the Plaintiffs to Refile.
7. Grant such other relief as justice may require

This 15TH day of December, 2010.

HORNSBY & ASSOCIATES

<u>s/ Louise T. Hornsby</u>
Louise T. Hornsby
Attorney for Plaintiffs
Georgia Bar No.: 367800

2016 Sandtown Road, SW
Atlanta, Georgia 30311
(404) 752-5082

## <u>CERTIFICATE PURSUANT TO LR 7.1, NDGA</u>

I hereby certify that this document has been prepared with Times New Roman font in 14 point, which is approved by the Court pursuant to LR 5.1B, NDGa.

This 15<u>th</u> day of December, 2010.

HORNSBY & ASSOCIATES

<u>s/ Louise T. Hornsby</u>
Louise T. Hornsby
Attorney for Plaintiffs
Georgia Bar No.: 367800

2016 Sandtown Road, SW
Atlanta, Georgia 30311
(404) 752-5082

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 15th day of December, 2010, I electronically filed Plaintiff's Motion for Extension of Time to Amend Complaint with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Darren E. Gaynor, Esq.
William J. Holley, II, Esq.
Parker, Hudson, Rainer & Dobbs, LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue, N.E.
Atlanta, GA 30303
Email: dgaynor@phrd.com
Email: wholley@phrd.com
Telephone: 404-523-5300

Denise Rainwater Griffin, Esq.
Shapiro & Swertfeger, LLP
295 south Culver Street
Suite B
Lawrenceville, GA 30046
Email: dgriffin@swertfeger.net
Telephone: 770-963-7147
Fax: 770-963-9676

s/ Louise T. Hornsby, Esq.
Georgia Bar No. 367800
Attorney for Plaintiff
HORNSBY & ASSOCIATES
2016 Sandtown Rd.
Atlanta, Georgia 30311
Telephone: (404) 752-5082

Email: hornsbyassoc@bellsouth.net

This 15th day of December, 2010.

> Respectfully submitted,
> HORNSBY & ASSOCIATES
>
> s/ Louise T. Hornsby
> Louise T. Hornsby
> Attorney for Plaintiffs
> Georgia Bar No.: 367800

2016 Sandtown Road, SW
Atlanta, Georgia 30311
(404) 752-5082